BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECISE AEROSPACE MANUFACTURING, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br>MAG AEROSPACE INDUSTRIES, LLC DBA ZODIAC WATER & WASTE AERO SYSTEMS,<br><br>Defendant. | Case No. 2:17-CV-01239-RGK(JCx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS MAG'S THIRD COUNTERCLAIM FOR CLAIM AND DELIVERY** |
| MAG AEROSPACE INDUSTRIES, LLC DBA ZODIAC WATER & WASTE AERO SYSTEMS,<br>Counter-Claimant,<br>vs.<br>PRECISE AEROSPACE MANUFACTURING, INC.,<br>Counter-Defendants. | Trial Date: March 20, 2018 |

11480495

1

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE MAG'S THIRD COUNTERCLAIM FOR CLAIM AND DELIVERY

Having received and considered the Joint Stipulation to Dismiss MAG's Third Counterclaim for Claim and Delivery, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. MAG's third counterclaim for Claim and Delivery is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 26, 2018

*Gary Klausner*
Honorable R. Gary Klausner, Judge
UNITED STATES DISTRICT COURT

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386